IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| THE GEORGIA DEPARTMENT OF HUMAN RESOURCES, *ex rel., D.J.*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CV 112-183<br>) |
| RICHARD TERENCE JENKINS, *also known as* Richard- El Bey, | )<br>)<br>) |
| Defendant. | )<br>) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 7). The Magistrate Judge recommended that Defendant's case be dismissed because the federal courts have no jurisdiction over this matter and, additionally, because of Defendant's improper attempt to remove to federal court a state court case that was definitively closed in 2005. (See generally doc. no. 5.) Defendant devotes the majority of his objections to attempting to establish – to no avail – a basis for federal jurisdiction, and otherwise simply restates the claims that the Magistrate Judge has already addressed.[1] (See generally doc. no. 7.) Notably, Defendant makes no attempt whatsoever to address the fact that the case that he has attempted to remove to federal court was closed in 2005. Most importantly, he does not offer any new

---

[1] Notably, the only source of federal jurisdiction that Defendant mentions that is even remotely on point is the Fair Debt Collection Practices Act. (Doc. no. 7, pp. 3-4.) However, that statute is, on its face, entirely inapplicable to Defendant's claims, which concern his resistance to paying court-ordered child support. See generally 15 U.S.C. § 1692.

information or evidence that warrants a deviation from the Magistrate Judge's recommendation. Thus, Defendant's objections are **OVERRULED**. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, Defendant's motion to proceed *in forma pauperis* is **DEEMED MOOT**, and this civil action is **CLOSED**.

SO ORDERED this 28th day of January, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA